IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.

No. 3:09mj59

DWAIN ROY KINDLEBERGER, II

_____/

## ORDER CONTINUING SENTENCING

On February 26, 2009 defendant entered a guilty plea to a two count information charging Driving Under the Influence and Driving With a Suspended License. Defendant is a member of the Alabama Army National Guard and under orders to report on February 28, 2009 for active duty for a period not to exceed 400 days, and deployment overseas. Because an appropriate sentence in this case will be more than a monetary penalty, the defendant, the United States, and the court agreed that sentencing should be postponed until defendant returns to the continental United States after deployment.

Accordingly, it is ORDERED as follows:

1. Sentencing in this case is continued until further notice.

2. Defendant shall report to the United States Probation Office in Pensacola, Florida by telephone (850-435-8430) no later than 48 hours after return to the continental United States at the conclusion of his deployment.

DONE AND ORDERED at Pensacola, Florida this 4ᵗʰ day of March, 2009.

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE